

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2021

<u>**BY ECF**</u>
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Vereen*, 20 Crim. 566 (RA)—Hearing Adjournment

Dear Judge Abrams:

The Government writes with the consent of the defendant to request a brief adjournment of the suppression hearing presently scheduled for May 4, 2021 to address a witness availability issue.

On February 8, 2021, the Court ordered that, if necessary, a hearing would occur on any suppression motion on May 4, 2021. The Government has contended that a hearing is unnecessary because there was consent to search the vehicle, Dkt. 15, but the defendant has argued that a hearing is required.

The Government anticipates that its two primary witnesses at a hearing would likely be New York Police Department ("NYPD") Sergeant Paul Negersmith and NYPD Officer Adam Keegan. The Government has learned that Officer Keegan has longstanding plans to be out of state on vacation from approximately May 1 to May 9, and is therefore unavailable on the date of the hearing. The Government consulted with the defense as to whether the defense preferred to bifurcate the hearing or adjourn the hearing entirely, and the defense stated that it preferred to adjourn the hearing entirely and consented to the adjournment.

The defense has informed the Government that it is unavailable on May 10-11, 14, and 25-28. Sergeant Negersmith has informed the Government that he is unavailable from June 14-18, July 19-23, and August 9-13. Officer Keegan has informed the Government that he is unavailable from May 1-9, July 5-13, and August 3-19. The undersigned further has a trial scheduled from

June 7-17, but can arrange for coverage of any hearing if a date during that trial proves most convenient for the Court.

Respectfully Submitted,

AUDREY STRAUSS
United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

CC:    Marisa Cabrera, Counsel for Waliek Vereen (by ECF)

The hearing scheduled for May 4, 2021 is hereby adjourned to June 2, 2021, at 10:00 a.m. The hearing will be held in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

If, upon further review of the parties' submissions, the Court determines that a hearing is not necessary, it will inform the parties.

SO ORDERED.

Hon. Ronnie Abrams
04/29/2021