USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-19-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WALIEK VEREEN,

            Defendant.

20-CR-566 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The suppression hearing scheduled for June 2, 2021 is hereby adjourned to June 28, 2021 at 10:30 a.m. The hearing will be held in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, with the particular courtroom to be determined at a later time.

    Mr. Vereen shall continue to be detained. Magistrate Judge Cott reasonably determined that Mr. Vereen posed a danger to the community on the basis of his criminal history and the active warrant. *See* Dkt. 5. The laboratory testing of the purported "roach," while potentially relevant to the suppression motion, is certainly not dispositive of the motion's outcome, and does not furnish a basis to revisit or overturn Judge Cott's determination.

    In addition, no later than May 28, 2021, the Government is directed to respond to the argument raised at pages eight to ten of Mr. Vereen's reply to the Government's opposition to his suppression motion. Dkt. 16. In particular, the Government is directed to address the following question: if the evidence shows that Ms. Gayol's statement to Officer Keegan that he could "check the car" was neither heard by nor otherwise known to Sergeant Negersmith at the time Negersmith searched the vehicle, is the Government precluded from relying on that alleged consent as a justification for the search? The Defense may, if it wishes, file a response to the Government's letter by June 4, 2021. Time is excluded until June 28, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:    May 19, 2021
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge