USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WALIEK VEREEN,

                Defendant.

No. 20-CR-566

ORDER

RONNIE ABRAMS, United States District Judge:

    The conference scheduled for September 13, 2021 is adjourned to September 21, 2021 at 9:00 a.m. and will be held in person. Time is excluded until September 21, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:    September 10, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge