# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 2, 2024

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
New York, NY 10007

Application granted. The control date is extended to September 9, 2024 at 11:30 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 2, 2024

**Re: United States v. Waliek Vereen, 20 Cr. 566 (RA)**

Dear Judge Abrams:

     I am the attorney representing, Waliek Vereen, in the above-referenced matter. Mr. Vereen's case is currently set for a control date of March 8, 2024 to await resolution of the underlying Lackawanna County prosecution that informs the pending Violation of Supervised Release before Your Honor. After speaking to Mr. Vereen's defense counsel in Lackawanna County, he informed me that as of now the defense plans to proceed to trial on that case. Given the age of the case in the County, defense counsel does not anticipate resolution in the matter for at least another six months. To ensure that Mr. Vereen is not unnecessarily transferred to SDNY for the March control date and to allow for the resolution of the Lackawanna County matter, the defense proposes that the Court adjourn the upcoming control date for six months. The defense has conferred with AUSA Kevin Mead regarding this proposal and he consents. Thank you for your consideration of this request.

Sincerely,

_____
Marisa K. Cabrera
Assistant Federal Defender
52 Duane St., 10th Floor
New York, NY 10007

Cc: AUSA Kevin Mead (via ECF)