# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2024

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
New York, NY 10007

Application granted. The proceeding is rescheduled to October 2, 2024 at 2:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 5, 2024

**Re: United States v. Waliek Vereen, 20 Cr. 566 (RA)**

Dear Judge Abrams:

    I am the attorney representing, Waliek Vereen, in the above-referenced matter. Mr. Vereen's case is currently set for a control date of September 9, 2024 to await resolution of the underlying Lackawanna County prosecution that informs the pending Violation of Supervised Release before Your Honor. Since the last adjournment, the Lackawanna County matter has been resolved (that said, an appeal is pending). The government and defense counsel are in the process of ordering records from the Lackawanna County proceedings as well as negotiating an outcome in the instant matter. The defense is requesting that the matter be adjourned for three weeks, during which time the parties can order the necessary Lackawanna County documentation, continue their negotiations, and defense counsel can meet with Mr. Vereen since his arrival at the MDC Brooklyn. The parties anticipate that there will be a resolution at the next proceeding. The defense has conferred with AUSA Kevin Mead regarding this proposal and he consents. Thank you for your consideration of this request.

Sincerely,

Marisa K. Cabrera
Assistant Federal Defender
52 Duane St., 10th Floor
New York, NY 10007

Cc: AUSA Kevin Mead (via ECF)