

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 9, 2024

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The conference is adjourned to January 7, 2025 at 11:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 9, 2024

Re:   **United States v. Waliek Vereen**, 20 Cr. 566 (RA)

Dear Judge Abrams:

The Government writes, with the consent of the defendant, to respectfully request an adjournment of the VOSR conference scheduled for December 13, 2024, until a date the week of January 6, 2025.

The defendant was convicted at trial in Lackawanna County, Pennsylvania of offenses that correspond to the pending VOSR specifications (the "State Matter"). An appeal is pending in the State Matter, and the Government recently provided the defendant with a copy of the transcript in the State Matter. The parties are continuing to discuss the case, and are hopeful that they will have a proposed resolution by early January. The defendant consents to the adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

cc: Counsel of Record (by ECF)